COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00887-CV |
| Style: | Soroof International Company, et al. v. Transocean Inc., et al. |
| Date motion filed*: | November 4, 2014 |
| Type of motion: | Unopposed Motion for Extension of Time to File Notice of Appeal |
| Party filing motion: | Appellants |
| Document to be filed: | N/A |

Is appeal accelerated?        Yes

If motion to extend time:

| | | |
|---|---|---|
| Original due date: | October 23, 2014 | |
| Number of extensions granted: | 0 | Current Due date:  October 23, 2014 |
| Date Requested: | October 31, 2014 | |

Ordered that motion is:

☑ Granted

      If document is to be filed, document due:

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Appellants' unopposed motion for the extension of time to file their notice of appeal, because they mistakenly viewed the trial court's October 3, 2014 Transocean order to be a final judgment instead of an interlocutory order, is granted because their mistake is a reasonable explanation. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(7); *Hone v. Hanafin*, 104 S.W.3d 884, 886 (2003). The Clerk of this Court is directed to change this to an accelerated appeal and update the record deadlines to be due within 10 days of the date of this order. *See* TEX. R. APP. P. 2, 35.1(b).

Judge's signature: /s/ Evelyn V. Keyes
                   ☒ Acting individually        ☐ Acting for the Court

Date:  November 13, 2014

November 7, 2008 Revision